**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

FEB 0 3 2025

KHS

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CRIMINAL NO. 25-CR-192 MLG |
| ) | |
| vs. ) | |
| ) | Counts 1 and 2: 18 U.S.C. §§ 1153 and |
| CHALMERS DEDIOS, ) | 113(a)(8): Assault of an Intimate Partner |
| ) | by Strangling. |
| Defendant. ) | |

## INFORMATION

The United States Attorney charges:

### Count 1

On or about February 10, 2024, in Indian Country, in Rio Arriba County, in the District of New Mexico, the defendant, **CHALMERS DEDIOS**, an Indian, assaulted Jane Doe, the defendant's spouse, intimate partner, and dating partner, by strangling, suffocating, and attempting strangle and suffocate Jane Doe.

In violation of 18 U.S.C. §§ 1153 and 113(a)(8).

### Count 2

On or about February 14, 2024, in Indian Country, in Rio Arriba County, in the District of New Mexico, the defendant, **CHALMERS DEDIOS**, an Indian, assaulted Jane Doe, the defendant's spouse, intimate partner, and dating partner, by strangling, suffocating, and attempting strangle and suffocate Jane Doe.

In violation of 18 U.S.C. §§ 1153 and 113(a)(8).

Respectfully submitted,

ALEXANDER M.M. UBALLEZ
United States Attorney

*[signature]*
JESSE PECORARO
Assistant United States Attorney
P.O. Box 607
Albuquerque, NM   87103
(505) 346-7274