# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW MEXICO
## SENTENCING MINUTE SHEET
### BEFORE THE HONORABLE MATTHEW L. GARCIA

| | | | |
|---|---|---|---|
| CR No: | 25-192 MLG | USA vs. | DeDios |
| Date: | 7/17/25 | Defendant: | Chalmers DeDios |
| Time In/Out: | 2:21 – 2:46 | Total Time in Court: | 25 minutes |
| Clerk: | E. Romero | Court Recording: | Liberty |
| AUSA: | Jesse Pecoraro | Defendant's Counsel: | Buck Glanz |
| Courtroom: | Cimarron | Probation Officer: | A. Maestas |
| Interpreter: | n/a | Interpreter Sworn? | ☐ Choose an item. |

| Convicted on: | Plea | As to: | Information | Counts: | 1, 2 |
|---|---|---|---|---|---|
| Guilty Plea: | Accepted | Plea Agreement: | Accepted | | |
| Date of Plea/Verdict: | 2/3/25 | PSR: Not Disputed | ☒ Courts adopts PSR Findings | Evidentiary Hrg: | Not Needed |
| Exceptions to PSR: | | | | | |

## SENTENCE IMPOSED

| **IMPRISONMENT (BOP):** | Counts 1 and 2 – 42 months; Concurrently |
|---|---|

☒ 500-Hour Drug Program     ☐ BOP sex-offender treatment program     Other:

| **SUPERVISED RELEASE:** | Counts 1 and 2 – 3 years; Concurrently | ☒ Mandatory/Standard Conditions |
|---|---|---|

### SPECIAL CONDITIONS OF SUPERVISION

☒ Parties have reviewed the standard and special conditions listed in Attachment A to PSR. Doc.
☒ Parties have no objections to the conditions listed in Attachment A.
☒ Parties waive reading of conditions.
☒ Conditions are imposed as listed in Attachment A to the PSR to include the justification and nexus of the conditions listed.

### MONETARY PENALTIES / FORFEITURES

| Fine: $ | -0- | Restitution: $ | Not requested; Not ordered | SPA: $ | 200.00 | Due Immediately |
|---|---|---|---|---|---|---|

Forfeit rights title & interest to:

### OTHER

☒ Waived Appeal Rights per Plea Agreement     ☒ Held in Custody
☐ Recommended place(s) of incarceration:
☐ Dismissed Counts:

### PROCEEDINGS

Court in session – parties state appearances; Court outlines documents reviewed for sentencing; Parties have no additional materials for the Court's consideration; Court addresses Defendant; Court outlines offense level, criminal history category and guideline range; Mr. Glanz addresses Court for sentencing; Defendant does not wish to address the Court; Mr. Pecoraro addresses Court for sentencing; Officer Maestas answers Court's question re: RDAP; Court addresses Defendant and imposes sentence; Parties have nothing to add.